J-S49005-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| STEVEN WYLIE | |
| Appellant | No. 1892 EDA 2015 |

Appeal from the PCRA Order entered June 18, 2015
In the Court of Common Pleas of Philadelphia County
Criminal Division, at No(s): CP-51-CR-0011687-2010

BEFORE:  PANELLA, J., OLSON, J., and STEVENS, P.J.E.[*]

JUDGMENT ORDER BY PANELLA, J.          **FILED SEPTEMBER 02, 2016**

In this appeal, Steven Wylie claims that the PCRA court erred in dismissing his timely PCRA petition, which asserted that the mandatory minimum sentences he received were illegal under ***Alleyne v. United States***, 133 S.Ct. 2151 (2013). Our Supreme Court recently held that "***Alleyne*** does not apply retroactively to cases pending on collateral review…." ***Commonwealth v. Washington***, ___ A.3d ___, ___, 2016 WL 3909088, *8 (Pa., filed July 19, 2016). Wylie's judgment of sentence, therefore, is not illegal.

Order affirmed.

---

[*] Former Justice specially assigned to the Superior Court.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 9/2/2016